UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR 09-0863 JSW |
| v. | ) | |
| SCOTT ERIC FEIL, | ) | **ORDER RE: AGREEMENT TO POST ADDITIONAL SECURITY** |
| Defendant(s). | ) | |

In view of the need to post all three parcels of property at **73770 Hill Road, Covelo, California**, which was raised at this morning's hearing, Mr. Boisseau is requested to provide the attached acknowledgment to the sureties **Michael Lovell** and **Denise Doss** and to request them to be available for a telephone conference with the Court **Friday, September 18, 2009 at 9:30 a.m.** The Court will place the calls to the numbers that appear on the proposed bond.

Dated: September 16, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.09\SCOTT FEIL ORDER RE AGREEMENT TO POST ADDITIONAL SECURITY.wpd

1

**AGREEMENT TO POST ADDITIONAL SECURITY**

We, Michael Lovell and Denis Doss, having previously agreed to post property at 73770 Hill Road, Cavalo, California as security for the $400,000 bond releasing defendant Scott Feil from custody, agree to post all three parcels of property located at that address as surety for the bond. We understand that while these properties are posted as security, we will be restricted in our ability to deal with all three parcels.

Dated:_____    _____
                          MICHAEL LOVELL

Dated:_____    _____
                          DENISE DOSS