1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:   (415) 436-7071
8     Facsimile:   (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,            ) CR No. 09-863 JSW
                                          )
17 |        Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                          ) EXCLUDING TIME FROM SEPTEMBER 2,
18 |                                      ) 2009 THROUGH OCTOBER 1, 2009 UNDER
      v.                                  ) 18 U.S.C. § 3161
19 |                                      )
                                          )
20 | SCOTT ERIC FEIL,                     )
     DIANA EVANGELINE FEIL,               )
21 | STEVEN ARTHUR SWANSON,               )
     THOMAS LEE CARTER, and               )
22 | BRETT BASSIGNANI,                    )
                                          )
23 |        Defendants.                   )
                                          )
24 |_____)

25        On September 2, 2009, defendants Scott Eric Feil, Diana Evangeline Feil, Thomas Lee

26 Carter, and Brett Bassignani appeared before the Court for those defendants' arraignments.

27 Defendant Steven Arthur Swanson appeared before the Court for his arraignment on September

28 3, 2009. On those dates, all defendants requested, and the Court agreed, to exclude all time

STIP. & [PROP.] ORDER EXCL. TIME
CR 09-863 JSW                                                                                1

under the Speedy Trial Act from September 2, 2009 through October 1, 2009. The United States did not object to the defendants' requests. The defendants stated that the requested continuance was a reasonable amount of time necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). All parties agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: November 4, 2009         /s/
                                TAREK J. HELOU
                                Assistant United States Attorney

DATED: November 4, 2009         /s/
                                DONALD MARKS
                                Attorney for Defendant SCOTT ERIC FEIL

DATED: November 4, 2009         /s/
                                GARRICK S. LEW
                                Attorney for Defendant DIANA EVANGELINE FEIL

DATED: November 4, 2009         /s/
                                OMAR FIGUEROA
                                Attorney for Defendant STEVEN ARTHUR SWANSON

DATED: November 4, 2009         /s/
                                GEOFFREY HANSEN
                                Attorney for Defendant THOMAS LEE CARTER

DATED: November 4, 2009         /s/
                                KENNETH WINE
                                Attorney for Defendant BRETT BASSIGNANI

For the reasons stated above, the Court finds that exclusion of time from September 2, 2009 through October 1, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant the requested continuance would deny the defendants effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 12 Nov 09

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge