GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
DIANA EVANGELINE FEIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER,<br>BRETT BASSIGNANI,<br><br>　　　　　Defendants. | CR 09-0863 JSW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER PERMITTING DEFENDANTS<br>TO ASSOCIATE AT FAMILY EVENTS<br>FOR HOLIDAYS. |

　　　Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Tarek Helou, and defendants Scott Eric Feil, Diana Evangeline Feil, and Steven Arthur Swanson ("defendants"), by and through their respective counsel of record, Donald B. Marks, Garrick S. Lew, and Omar Figueroa, hereby stipulate as follows:

1.　　　Defendants are permitted to associate at family gatherings for the purposes of celebrating Thanksgiving, Christmas, and the New Year.

STIPULATION AND [~~PROPOSED~~]
ORDER PERMITTING DEFENDANTS
TO ASSOCIATE AT FAMILY EVENTS
FOR HOLIDAYS　　　　　　　　　　　1

2.  Defendants will not communicate with each other in any manner about any aspect of the pending case (Cr. 09-0863 JSW).

IT IS SO STIPULATED.

Dated: November 20, 2009                                  /s/
                                                          TAREK HELOU
                                                          Assistant United States Attorney

Dated: November 20, 2009                                  /s/
                                                          GARRICK S. LEW
                                                          Attorney for Defendant
                                                          DIANA EVANGELINE FEIL

Dated: November 20, 2009                                  /s/
                                                          DONALD B. MARKS
                                                          Attorney for Defendant
                                                          SCOTT ERIC FEIL

Dated: November 20, 2009                                  /s/
                                                          OMAR FIGUEROA
                                                          Attorney for Defendant
                                                          STEVEN ARTHUR SWANSON

**[PROPOSED] ORDER**

Upon the foregoing stipulation of the parties, and good cause therefore, IT IS HEREBY ORDERED that:

1. Scott Eric Feil, Diana Evangeline Feil, and Steven Swanson ("Defendants") are permitted to associate at family gatherings for the purposes of celebrating Thanksgiving, Christmas, and the New Year.
2. Defendants shall not communicate with each other in any manner about any aspect of the pending case (Cr. 09-0863 JSW) at these gatherings.

Dated: November 23, 2009

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS TO ASSOCIATE AT FAMILY EVENTS FOR HOLIDAYS                3