```
 1  SHARI L. WHITE #180438
    OMAR FIGUEROA #172132
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    STEVEN SWANSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN SWANSON, et al.,<br><br>    Defendants.<br>_____/ | CR 09-863 JSW<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS HEARING<br><br>Date: January 28, 2010<br>Time: 2:00 p.m. |

At the request of the parties, the Court enters this order (1) continuing the status hearing presently set for January 28, 2010, at 2:00 p.m. to February 18, 2010 at 2:00 p.m.; (2) continuing the submission of the status memorandum from January 12, 2010, until February 11, 2010; and (3) excluding time under the Speedy Trial Act from January 28, 2010 until February 18, 2010, based on the following:

The parties jointly request this continuance predicated on outstanding discovery issues. The Government has already produced approximately 30,000 pages of evidence, and advised defense counsel that a substantial amount of discovery will be produced to the defense over the next several weeks. The

parties will be in a better position to assess pretrial motions and provide the Court with a status update on the resolution of all discovery issues after this upcoming production of discovery.

IT IS STIPULATED that the period from January 28, 2010 to February 18, 2010, shall be excluded from the calculation of time in which the trial of the above-captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c). The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

This continuance, requested by the parties, will allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv). The parties also request that the Court declare the case factually complex, based on the nature of the prosecution, specifically the amount of discovery produced and the additional discovery not yet produced. 18 U.S.C. sections 3161(h)(7)(A) and (B)(ii).

THE PARTIES THEREFORE STIPULATE that the submission by the parties of the status memorandum to the Court be extended from January 12, 2010, to February 11, 2010; and the status conference be continued from January 28, 2010 to February 10, 2010, with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant continuity of

counsel.

Dated: January 5, 2010

/s/ SHARI L. WHITE                    /s/ TAREK J. HELOU
SHARI L. WHITE                        TAREK J. HELOU
Attorney for STEVE SWANSON            Assistant U.S. Attorney


/s/ DONALD MARKS                      /s/ GARRICK LEW
DONALD MARKS                          GARRICK LEW
Attorney for SCOTT FEIL               Attorney for DIANA FEIL


/s/ KENNETH WINE                      /s/ GEOFFREY A. HANSEN
KENNETH WINE                          GEOFFREY A. HANSEN
Attorney for BRETT BASSIGNANI         Attorney for THOMAS CARTER

**ORDER**

Good cause appearing, and based upon the stipulation of the parties, the Court, having considered the issue, relying upon the representations of counsel, and for good cause shown, finds that the nature of the case renders it so factually complex due to the large number of documents, including financial records, that it is unreasonable to expect adequate preparation for pretrial proceedings and for trial itself within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B)(ii). The Court further finds that the ends of justice served by excluding the time from January 28, 2010 through and including February 18, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

1    **IT IS HEREBY ORDERED** that the hearing in this matter is
2 continued to February 18, 2010, at the hour of ~~2:00~~ 2:30 p.m. and
3 that time is excluded as stated above.
4    Dated:
5 January 8, 2010

6    _____
7    JEFFREY S. WHITE
     United States District Judge