GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
DIANA EVANGELINE FEIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER,<br>BRETT BASSIGNANI,<br><br>　　　　Defendants. | CR 09-0863 JSW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER PERMITTING DEFENDANTS<br>TO ASSOCIATE AT FAMILY<br>EASTER GATHERING. |

　　　　Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Tarek Helou, and defendants Scott Eric Feil, Diana Evangeline Feil, and Steven Arthur Swanson ("defendants"), by and through their respective counsel of record, Donald B. Marks, Garrick S. Lew, and Shari White, hereby stipulate as follows:

1.　　Defendants are permitted to associate at a family gathering at Steven Swanson's residence (5395 Daywalt Lane in Sebastapol, California) on April 4, 2010 for the purpose of celebrating Easter

STIPULATION AND [PROPOSED]
ORDER PERMITTING DEFENDANTS
TO ASSOCIATE AT FAMILY EASTER
GATHERING.　　　　　　　　　　　　　　1

1  Sunday.

2  2.  Defendants will not communicate with each other in any manner about any aspect of the pending
3      case (Cr. 09-0863 JSW).

5  IT IS SO STIPULATED.

7  Dated: March 30, 2010                    /s/
                                            TAREK HELOU
8                                           Assistant United States Attorney

10 Dated: March 30, 2010                    /s/
                                            GARRICK S. LEW
11                                          Attorney for Defendant
                                            DIANA EVANGELINE FEIL

14 Dated: March 30, 2010                    /s/
                                            DONALD B. MARKS
                                            Attorney for Defendant
15                                          SCOTT ERIC FEIL

17 Dated: March 30, 2010                    /s/
                                            SHARI WHITE
                                            Attorney for Defendant
18                                          STEVEN ARTHUR SWANSON

STIPULATION AND [PROPOSED]
ORDER PERMITTING DEFENDANTS
TO ASSOCIATE AT FAMILY EASTER
GATHERING.                                  2

1 [PROPOSED] ORDER

2 Upon the foregoing stipulation of the parties, and good cause therefore, IT IS HEREBY
3 ORDERED that:

5 1. Defendants are permitted to associate at a family gathering at Steven Swanson's residence
6 (5395 Daywalt Lane in Sebastapol, California) on April 4, 2010 for the purpose of
7 celebrating Easter Sunday.
8 2. Defendants will not communicate with each other in any manner about any aspect of the
9 pending case (Cr. 09-0863 JSW).

13 Dated: 1 April 2010

The Honorable Bernard Zimmerman
United States Magistrate Judge

STIPULATION AND [PROPOSED]
ORDER PERMITTING DEFENDANTS
TO ASSOCIATE AT FAMILY EASTER
GATHERING.                                3