1  GARRICK S. LEW (SBN 61889)
   EDWARD J. HU (SBN 260421)
2  Law Offices of Garrick S. Lew
   Design Center East
3  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4937
4  Telephone: (415) 575-3588
   Facsimile:  (415) 522-1506
5  gsl@defendergroup.com

6  Attorney for Defendant
   DIANA EVANGELINE FEIL
7

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12
   UNITED STATES OF AMERICA,            )   CR 09-0863 JSW
13                                      )
              Plaintiff,                )   [PROPOSED] ORDER PERMITTING
14                                      )   ISSUANCE OF F.R.Cr.P RULE 17(c)
         vs.                            )   SUBPOENAS DUCES TECUM;
15                                      )
   SCOTT ERIC FEIL,                     )
16 DIANA EVANGELINE FEIL,               )
   STEVEN ARTHUR SWANSON,               )
17 THOMAS LEE CARTER,                   )
   BRETT BASSIGNANI,                    )
18                                      )
              Defendants.               )   Hon. Bernard Zimmerman
19 _____)

20                         [PROPOSED] ORDER

21         FOR GOOD CAUSE SHOWN, pursuant to Rule 17(c) of the Federal Rules of Criminal

22 Procedure and Criminal Local Rule 17-2, IT IS HEREBY ORDERED that defendant Diana

23 Evangeline Feil be permitted to issue subpoenas duces tecum for the items described in the

24 associated application, in the above entitled case to:

25  •    Custodian of Records
        Los Angeles Police Department
26      100 West 1st Street Room
27      Los Angeles, CA 90012

28
   *United States v. Feil, et al.*
   CR 09-0863 JSW

1
2   • Custodian of Records
    District Attorney's Office
3   County of Los Angeles
    210 West Temple Street, Suite 18000
4   Los Angeles, CA 90012-3210
5
6   • Custodian of Records
    EPIC Headquarters
7   11339 SSG Sims St.
    Biggs Field, TX 79908
8
9
10  This Court finds that Ms. Feil's application is made in good faith, that the documents and records
11  sought by these subpoenas are evidentiary, relevant, and not otherwise procurable with the
12  exercise of due diligence prior to trial and that these materials are relevant and necessary for Ms.
13  Feil to adequately prepare for pretrial and trial motions and hearings.
14
15  IT IS FURTHER ORDERED that the fees and expenses associated with production of the
16  materials so subpoenaed shall be paid as if subpoenaed by the government, pursuant to F.R.Cr.P.
    Rule 17(b).
17
18  IT IS SO ORDERED.
19
20
21  Dated: 28 May '10
22                                                The Honorable Bernard Zimmerman
                                                  United States District Court Magistrate Judge
23
24
25
26
27
28
*United States v. Feil, et al.*
CR 09-0863 JSW                             2