UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER,<br>BRETT BASSIGNANI,<br><br>        Defendant(s). | No. CR 09-0863 JSW (BZ)<br><br>**AMENDED SEALING ORDER** |

The order denying defendant Scott Feil's request to file his Application to Modify Conditions of Bail and supporting documents under seal is amended to reflect that Exhibit A to the Application shall be sealed.

Dated: September 30, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\USA V. FEIL\AMENDED SEALING ORDER.wpd

1