MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-6982
    Email: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT ERIC FEIL, ) <br> DIANA EVANGELINE FEIL, and ) <br> MARK LEONARD GARCIA, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> _____ ) | No. CR 09-0863 JSW BZ <br><br> **UNITED STATES' MOTION FOR CONTINUANCE OF DEFENDANT DIANA FEIL'S MOTION FOR RECONSIDERATION AND DEFENDANT SCOTT FEIL'S MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS AND [PROPOSED] ORDER** <br><br> CURRENT DATES AND TIMES <br><br> Mot. Recon.: November 10, 2010 at 2:00 p.m. <br> Mot. Trans.: November 24, 2010 at 8:30 a.m. <br><br> PROPOSED DATE: January 12, 2011 <br> PROPOSED TIME: 1:30 p.m. |

USA MOT. & [PROP. ORDER] BR'G
CASE NO. CR 09-863 JSW BZ

On October 12, 2010, defendant Diana Feil filed a Motion for Reconsideration of the Court's September 29, 2010 Order Granting In Part The Government's Motion to Quash her Rule 17 Subpoena and the Court's September 30, 2010 Corrected Order Denying In Part her Motion to Compel Production (Doc. ##235 and 242). (Doc. #250 "Diana Feil's Motion".) Soon after, defendant Scott Feil filed a Motion for Disclosure of Grand Jury Transcripts. (Doc. #248 "Scott Feil's Motion".)

Defendant Diana Feil's Motion is currently set to be heard by the Court on November 10, 2010. Defendant Scott Feil's Motion is currently set to be heard by the Court on November 24, 2010. The parties jointly request that the Court vacate those hearing dates and adopt the following briefing and hearing schedule for both motions:

December 22, 2010: The government files its Oppositions;

January 5, 2011: The defendants file their Replies

January 12, 2011: Hearings on both Motions

As grounds for the request, the government submits that the parties are in plea negotiations and believe that the requested delays will facilitate those negotiations. The defendants have agreed to the government's requested extensions. (Decl. Tarek Helou Supp. USA Mot., ¶ 2.)

DATED: November 2, 2010                                Respectfully submitted,

                                                           MELINDA HAAG
United States Attorney

                                                           _____/s/_____
TAREK J. HELOU
Assistant United States Attorney

1  [PROPOSED] ORDER

2  For the reasons stated above, the Court grants the government's request to delay
3  complying with the Court's October 14, 2010 Order Granting in Part and Denying in Part
4  Motions for Bills of Particulars and it subsequent October 22, 2010 Order with respect to
5  defendants Mark Garcia, Scott Feil, and Diana Feil. The government shall comply with the
6  October 14, 2010 Order with respect to defendant Garcia no later than December 1, 2010. The
7  government shall comply with the October 14, 2010 Order with respect to defendants Scott Feil
8  and Diana Feil no later than December 15, 2010. This Order does not affect the government's
9  obligations under the October 14, 2010 and October 22, 2010 orders with respect to defendant
10 Swanson.

12 SO ORDERED.  Argument - January 12 2011 at 10am

15 DATED: 3/N/ 2010

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge