1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 634052)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102
      Telephone: (415) 436-7200
8     Fax: (415) 436-6982
      Email: Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,           ) No. CR 09-0863 JSW BZ
                                         )
15 |        Plaintiff,                   ) **UNITED STATES' MOTION FOR**
                                         ) **CONTINUANCE OF DEFENDANT**
16 |    v.                               ) **DIANA FEIL'S MOTION FOR**
                                         ) **RECONSIDERATION AND DEFENDANT**
17 | SCOTT ERIC FEIL,                    ) **SCOTT FEIL'S MOTION FOR**
     DIANA EVANGELINE FEIL, and          ) **DISCLOSURE OF GRAND JURY**
18 | MARK LEONARD GARCIA,                ) **TRANSCRIPTS AND [PROPOSED]**
                                         ) **ORDER**
19 |        Defendants.                  )
                                         ) CURRENT DATES AND TIMES
20                                       )
                                         ) Mot. Recon.:  November 10, 2010 at 2:00 p.m.
21 |_____) Mot. Trans.:  November 24, 2010 at 8:30 a.m.

22
                                           PROPOSED DATE:  January 12, 2011
23                                         PROPOSED TIME:  1:30 p.m.

24

25

26

27

28

USA MOT. & [PROP. ORDER] BR'G
CASE NO. CR 09-863 JSW BZ

1        On October 12, 2010, defendant Diana Feil filed a Motion for Reconsideration of the
2  Court's September 29, 2010 Order Granting In Part The Government's Motion to Quash her
3  Rule 17 Subpoena and the Court's September 30, 2010 Corrected Order Denying In Part her
4  Motion to Compel Production (Doc. ##235 and 242). (Doc. #250 "Diana Feil's Motion".) Soon
5  after, defendant Scott Feil filed a Motion for Disclosure of Grand Jury Transcripts. (Doc. #248
6  "Scott Feil's Motion".)
7        Defendant Diana Feil's Motion is currently set to be heard by the Court on November 10,
8  2010. Defendant Scott Feil's Motion is currently set to be heard by the Court on November 24,
9  2010. The parties jointly request that the Court vacate those hearing dates and adopt the
10 following briefing and hearing schedule for both motions:
11       December 22, 2010:   The government files its Oppositions;
12       January 5, 2011:   The defendants file their Replies
13       January 12, 2011:   Hearings on both Motions
14       As grounds for the request, the government submits that the parties are in plea
15 negotiations and believe that the requested delays will facilitate those negotiations. The
16 defendants have agreed to the government's requested extensions. (Decl. Tarek Helou Supp.
17 USA Mot., ¶ 2.)

19 DATED: November 2, 2010              Respectfully submitted,

21                                         MELINDA HAAG
                                              United States Attorney

23                                                    /s/
                                            TAREK J. HELOU
24                                            Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court grants the government's request to vacate the November 10, 2010 and November 24, 2010 hearings and orders that the parties comply with the following briefing and hearing schedule for both motions:

December 22, 2010:   The government files its Oppositions
January 5, 2011:     The defendants file their Replies
January 12, 2011:    Hearings on both Motions  — at 10 am

SO ORDERED.

DATED: 3 Nov 2010

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge