GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone: (415) 575-3588
Facsimile:  (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
DIANA EVANGELINE FEIL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT ERIC FEIL, <br> DIANA EVANGELINE FEIL, <br> STEVEN ARTHUR SWANSON, <br><br> Defendants. | CR 09-0863 JSW <br><br> STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANTS TO ASSOCIATE FOR HOLIDAYS. |

### [PROPOSED] ORDER

Upon the foregoing stipulation of the parties, and good cause therefore, IT IS HEREBY ORDERED that:

1. Defendants are permitted to associate for the following family gatherings:

    a. On 11/25/2010 at Beverly Chambers' residence to celebrate Thanksgiving.
    b. On 12/12/2010 at Diana Feil's residence to celebrate a family member's birthday.
    c. On 12/25/2010 at Beverly Chambers' residence to celebrate Christmas.
    d. On 12/31/2010 and 01/01/2011 at Beverly Chambers' residence to celebrate the New Year.

//

[PROPOSED] ORDER PERMITTING DEFENDANTS
TO ASSOCIATE FOR HOLIDAYS                              1

2. Defendants will not communicate with each other in any manner about any aspect of the pending case (Cr. 09-0863 JSW).

IT IS SO ORDERED.

Dated: 23/11/10

The Honorable Bernard Zimmerman
United States Magistrate Judge

[PROPOSED] ORDER PERMITTING DEFENDANTS
TO ASSOCIATE FOR HOLIDAYS            2