MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
ARVON J. PERTEET (CABN 242828)
Assistant United States Attorneys
450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:    (415) 436-7200
Fax:          (415) 436-7234
E-Mail:       Tarek.J.Helou@usdoj.gov
              Arvon.Perteet@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>MARK LEONARD GARCIA,<br>THOMAS LEE CARTER, and<br>BRETT BASSIGNANI,<br><br>　　　　Defendants. | No. CR-09-0863 JSW<br><br>APPLICATION TO SEAL AND <s>[PROPOSED]</s> ORDER SEALING THE UNITED STATES' BILLS OF PARTICULARS AS TO COUNTS TWO, TWENTY THROUGH TWENTY-THREE, AND THE FIRST FORFEITURE ALLEGATION OF THE SUPERSEDING INDICTMENT |

USA APP. SEAL & <s>[PROP.]</s> ORDER
CASE NO. CR-09-0863 JSW

## SEALING APPLICATION

The government seeks to have its Bills of Particulars for the Superseding Indictment as to defendants Mark Garcia (Counts One, Two, and the First Forfeiture Allegation), Scott Feil (Counts 2, 20, and 21), Diana Feil (Count Two), and Steven Swanson (Counts 22-23) filed and maintained under seal in this case. The Bills of Particulars will contain a substantial amount of personal and financial information. The government requests that those documents be filed and maintained under seal under Federal Rule of Criminal Procedure 49.1(d). Although some documents are exempted from redacting or sealed filing under rule 49.1(b), the exemption provisions of Rule 49.1(b) do not apply here. For example, the documents that the government seeks to seal in this case contain bank account information. FED. R. CRIM. P. 49.1(b)(8). Additionally, although these documents are now related to a criminal investigation, they were not prepared before the filing of criminal charges, and are now being filed as part of a docketed criminal case. FED. R. CRIM. P. 49.1(b)(7).

The government will file its Bills of Particulars related to defendants Swanson and Garcia on December 1, 2010. (Order Re: Extension of Time Re: Swanson Bill of Particulars, Doc. #266; Order Re: Extension of Time Re: Garcia Bill of Particulars, Doc. #274.) The government will file its Bills of Particulars related to defendants Scott Feil and Diana Feil on December 15, 2010. (Order Re: Extension of Time Re: S. Feil & D. Feil Bills of Particulars, Doc. #274.)

Accordingly, the government respectfully requests that the Bills of Particulars as to the Superseding Indictment be filed and maintained under seal.

DATED: November 30, 2010        MELINDA HAAG
United States Attorney

/S/

_____
TAREK J. HELOU
ARVON J. PERTEET
Assistant United States Attorneys

USA APP. SEAL & [~~PROP~~] ORDER
CASE NO. CR-09-0863 JSW

**ORDER**

1. Based on the lack of opposition, and
2. FOR GOOD CAUSE SHOWN, it is hereby ordered that the government's Bills of
3. Particulars for the Superseding Indictment shall be filed and maintained under seal until further
4. order of this Court. The government shall serve copies of those documents on all parties in this
5. case.

7. IT IS SO ORDERED.

9. Dated: December 8, 2010

THE HONORABLE JEFFREY S. WHITE
United States District Judge

USA APP. SEAL & [PROP.] ORDER
CASE NO. CR-09-0863 JSW