IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00863-1 JSW |
| Plaintiff, | |
| v. | **ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL** |
| SCOTT ERIC FEIL, | |
| Defendants. | |

On December 6, 2010, Defendant Scott Eric Feil filed an Administrative Motion to Seal the Declaration of Paul Gabbert. Because it was not immediately apparent to the Court that the motion related to a **second** declaration in support of Mr. Feil's argument that a specific document privileged, the Court denied that motion as moot.

On December 7, 2010, the Court received via federal express the second declaration and it supporting exhibits. The Court, therefore, VACATES its previous order denying the motion as moot. The Court, however, concludes that Mr. Feil has not adequately demonstrated that Exhibit 1 to his supplemental submission is "sealable." *See* N.D. Civ. L.R. 79-5. Accordingly, the Court GRANTS IN PART the motion. Mr. Gabbert's declaration and Exhibit 2 shall be filed under seal. The motion is DENIED WITHOUT PREJUDICE to a showing as to why Exhibit 1 should be sealed.

The Court notes that Mr. Feil did not seek leave of court to submit a supplemental submission. If, at the time the Court set the deadline for the submission Mr. Feil required additional time to do so, he should have submitted a request to the Court, and shall do so in the

1  future.  If Mr. Feil and his counsel fail to seek leave from the Court for belated submissions, the
2  Court shall strike them from the record.  In the interests of justice, the Court shall accept this
3  belatedly submitted supplemental filing.
4       In addition, the Court notes that Mr. Feil appears to have submitted only an original of
5  Mr. Gabbert's supplemental declaration.  Pursuant to Northern District Criminal Local Rule 2-
6  4, and this Court's General Standing Order, a chambers copy of all documents filed with the
7  Clerk is required.  If Mr. Feil seeks leave to file documents under seal in the future, he must
8  submit an original and a chambers copy to the Court.
9  **IT IS SO ORDERED.**
10 Dated:   December 8, 2010

                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

2