MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TAREK J. HELOU (CABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-6982
    Email: Tarek.J.Helou@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-0863 JSW BZ |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED]\ ORDER FOR CONTINUANCE OF |
| v. | ) DEFENDANT DIANA FEIL'S MOTION FOR RECONSIDERATION AND |
| SCOTT ERIC FEIL, and DIANA EVANGELINE FEIL, | ) DEFENDANT SCOTT FEIL'S MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS AND [PROPOSED] |
| Defendants. | ) ORDER |
|  | ) Current Date: January 12, 2011 Current Time: 10:00 a.m. |
|  | Proposed Date: February 9, 2011 Proposed Time: 1:30 p.m. |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | On October 12, 2010, defendant Diana Feil filed a Motion for Reconsideration of the |
| 3 | Court's September 29, 2010 Order Granting In Part The Government's Motion to Quash her Rule |
| 4 | 17 Subpoena and the Court's September 30, 2010 Corrected Order Denying In Part her Motion to |
| 5 | Compel Production (Doc. ##235 and 242). (Doc. #250.) Soon after, defendant Scott Feil filed a |
| 6 | Motion for Disclosure of Grand Jury Transcripts. (Doc. #248.) On November 3, 2010, the Court |
| 7 | signed an Order setting a hearing date for both motions on January 12, 2011 at 10:00 a.m. (Doc. |
| 8 | #278.) |
| 9 | The parties jointly request that the Court vacate that hearing date and adopt the following |
| 10 | briefing and hearing schedule for both motions: |
| 11 | January 12, 2011:   The government files its Oppositions; |
| 12 | January 26, 2011:   The defendants file their Replies; and |
| 13 | February 9, 2011:   Hearings on both Motions at 1:30 p.m. |
| 14 | As grounds for the request, the parties are in plea negotiations and believe that the |
| 15 | requested delays will facilitate those negotiations. |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

1 | The parties will file a Joint Status Memorandum with the Honorable Jeffery S. White on
2 | January 19, 2011 as ordered during the December 9, 2010 status conference. They will also file
3 | an additional Joint Status Memorandum with Judge White on February 16, 2011.
4 |
5 | DATED: December 17, 2010                    Respectfully submitted,
6 |
7 |                                             MELINDA HAAG
                                                United States Attorney
8 |
9 |                                                      /s/
                                                TAREK J. HELOU
10|                                             ARVON J. PERTEET
                                                Assistant United States Attorneys
11|
12|
                                                        /s/
13|                                             GARRICK LEW
                                                EDWARD HU
14|                                             Attorneys for Diana Feil
15|
16|                                                     /s/
                                                PAUL GABBERT
17|                                             Attorney for Scott Feil

**[PROPOSED] ORDER**

For the reasons stated above, the Court grants the parties' request to vacate the January 12, 2011 hearing. The Court also orders that the parties comply with the following briefing and hearing schedule for both motions identified in the Stipulation:

    January 12, 2011:    The government files its Oppositions;

    January 26, 2011:    The defendants file their Replies; and

    February 9, 2011:    Hearings on both Motions at 1:30 p.m.

Furthermore, the parties shall file a Joint Status Memorandum with the Honorable Jeffery S. White on January 19, 2011 as ordered during the December 9, 2010 status conference. They shall also file an additional Joint Status Memorandum with Judge White on February 16, 2011.

SO ORDERED.

DATED: 19 Dec 2010

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

USA MOT. & [PROP. ORDER] BR'G
CASE NO. CR 09-863 JSW BZ                4