1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  TAREK J. HELOU (CABN 634052)
   Assistant United States Attorney
5  ARVON J. PERTEET (CABN 242828)
   Special Assistant United States Attorney
6
   450 Golden Gate Avenue, Box 36055
7  San Francisco, California 94102
   Telephone: (415) 436-7200
8  Fax: (415) 436-6982
   Email: Tarek.J.Helou@usdoj.gov
9  Email: Arvon.Perteet@usdoj.gov

10
   Attorneys for the United States of America
11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,              )   No. CR 09-0863 JSW BZ
16                                         )
              Plaintiff,                   )   STIPULATION AND [PROPOSED]
17                                         )   ORDER FOR EXTENSION OF TIME FOR
        v.                                 )   GOVERNMENT'S OPPOSITION TO
18                                         )   DEFENDANT SCOTT FEIL'S MOTION
   SCOTT ERIC FEIL,                        )   AND SUPPLEMENT FOR DISCLOSURE
19                                         )   OF GRAND JURY TRANSCRIPTS AND
              Defendant(s).                )   [PROPOSED] ORDER
20                                         )
                                           )   Current Date: February 9, 2011
21                                         )   Current Time: 1:30 p.m.
                                           )
22

23

24

25

26

27

28

   STIPULATION & [PROP. ORDER]
   CASE NO. CR 09-0863 JSW BZ

1 **STIPULATION**

2       On October 8, 2010, defendant Scott Feil filed a Motion for Disclosure of Grand Jury

3 Transcripts.  (Doc. #248.)  On January 10, 2011, defendant submitted to the Government, a

4 supplement to Document # 248.

5       The parties have stipulated that Government can file its Opposition on January 18, 2011,

6 by 12 noon, the defendant will still file his Reply by January 26, 2011.  The hearing date and

7 time will remain as previously scheduled, February 9, 2011, at 1:30 p.m.

8       As grounds for the request, the parties agree that additional time was needed to allow the

9 Government to prepare a Opposition to the supplement to the defendant's original motion.

10

11

12                           Respectfully submitted,

13                           MELINDA HAAG
                          United States Attorney

14 DATED: January 12, 2010

15                           /S/
                          TAREK J. HELOU
16                           ARVON J. PERTEET
                          Assistant United States Attorneys

17

18 DATED: January 12, 2010

19                           /S/
                          PAUL GABBERT
                          Attorney for Scott Feil

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

STIPULATION & [PROP. ORDER]
CASE NO. CR 09-0863 JSW BZ       2

**[PROPOSED] ORDER**

1

2    For the reasons stated above, the Court grants the parties' request to extend the date for

3    the Government's Opposition to be filed to January 18, 2011, by 12 noon. *Reply*

     *by Jan 26*

4

5    SO ORDERED.

6

7

8    DATED: *13 Jan '11*

9                                    THE HON. BERNARD ZIMMERMAN
                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROP. ORDER]
CASE NO. CR 09-0863 JSW BZ                 3