1  PAUL L. GABBERT, SBN 74430
   2115 Main Street
2  Santa Monica, CA 90405
   Telephone: 310/399-3259
3  Facsimile:   310/392-9029
   PLGabbert@aol.com
4  Attorney for Defendant
   SCOTT ERIC FEIL
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,        )   CR 09-0863-JSW
                                    )
12         Plaintiff,                )   **STIPULATION FOR ORDERS
                                    )   FILING DEFENDANT SCOTT
13 vs.                               )   FEIL'S SUPPLEMENT TO
                                    )   MOTION FOR DISCLOSURE OF
14 SCOTT ERIC FEIL, *et al.*,        )   GRAND JURY TRANSCRIPTS
                                    )   AND REPLY UNDER SEAL;
15         Defendants.                )   [PROPOSED] ORDER**
                                    )
16                                   )   Date: February 9, 2011
                                    )   Time: 1:30 p.m.
17 ─────────────────────────────────)

18                      **STIPULATION**

19     On October 8, 2010, Scott Feil filed a motion for disclosure of Grand Jury

20 transcripts under seal.

21     On or about January 10, 2011, Mr. Feil submitted a supplement to that

22 motion and filed an administrative motion to file the supplement under seal.

23     On or about January 12, 2011, counsel for the parties stipulated that the

24 government could file its opposition under seal on January 18, 2011, and that Mr.

25 Feil would file his reply by January 26, 2011. The hearing date and time remained

26 as scheduled: February 9, 2011, at 1:30 p.m.

27     Since Mr. Feil's motion for disclosure of grand jury transcripts was filed

28 under seal, the Court has apparently not acted on Mr. Feil's administrative motion

*U.S. v. Feil, et al.* (CR 09-0863-JSW BZ)
Stipulation & Proposed Order
                            - 1 -

1 to file his supplement to that motion under seal, the parties have stipulated to the
2 filing of the government's opposition to the supplement under seal, Mr. Feil
3 requests, and the parties stipulate, that his reply should be filed under seal.
4     This stipulation renders Mr. Feil's previous administrative motion moot,
5 and complies with the Local Rules.

6 Dated: January 26, 2011         Respectfully submitted,

7

8                                        /s/
                                       PAUL L. GABBERT
9                                        Attorney for Defendant
                                       SCOTT ERIC FEIL

10 Dated: January 26, 2011         MELINDA HAAG
                                       United States Attorney
11

12                                        /s/
                                       TAREK J. HELOU
13                                        ARVON J. PERTEET
                                       Assistant United States Attorneys

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | [~~PROPOSED~~] ORDER

2 | For the reasons stated in the attached stipulation, the Court grants the
3 | parties' request to file the supplement to Scott Feil's motion for disclosure of
4 | grand jury transcripts and his reply under seal. *This Order will be reviewed at the Feb 9 hearing*
5 | SO ORDERED.

7 | Dated: 27 Jan, 2011

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

U.S. v. Feil, et al. (CR 09-0863-JSW BZ)
Stipulation & Proposed Order

- 3 -