UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff(s),<br><br>     v.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER,<br>BRETT BASSIGNANI,<br><br>            Defendant(s). | No. CR 09-0863 JSW (BZ)<br><br>**BRIEFING ORDER** |

Defendant's motion for judicial review of agent personnel files having been referred to me, **IT IS ORDERED** that the government shall file its opposition, if any, by **February 28, 2011**. Any reply shall be filed by March 7, 2011. The Court will schedule a hearing if one is necessary.

Dated: February 15, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\USA V. FEIL\BRIEFING ORDER ON AGENT PERSONNEL REFERRAL.wpd

1