UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff(s), )<br>)<br>  v. )<br>)<br>SCOTT ERIC FEIL, )<br>DIANA EVANGELINE FEIL, )<br>STEVEN ARTHUR SWANSON, )<br>THOMAS LEE CARTER, )<br>BRETT BASSIGNANI, )<br>)<br>    Defendant(s). )<br>_____) | No. CR 09-0863 JSW (BZ)<br><br>**ORDER DENYING PREVIOUS SEALING REQUESTS** |

    The Court has been unable to find, and no interested party has provided, a copy of the sealing order which was allegedly entered in October of 2010 pursuant to which the parties believe that they are required to file all motions with respect to Grand Jury transcripts under seal. The only sealing order of which the Court is aware is the Stipulation and Protective Order re Grand Jury Transcripts entered June 7, 2010, pursuant to which defendant Scott Feil received a copy of his Grand Jury transcript. I do not construe that Order as abrogating Local Rule 79-5 and requiring the filing under seal

1

of motions and related documents with respect to whether Mr. Feil is entitled to obtain other Grand Jury transcripts. **IT IS THEREFORE ORDERED** that all of the previous sealing motions (Docket Nos. 336, 347) are **DENIED** without prejudice to being renewed if a showing pursuant to Local Rule 79-5 can be made. The parties are admonished that the Court will only seal narrowly tailored portions of documents. **IT IS FURTHER ORDERED** that the parties shall comply with Local Rule 79-5(e).

Dated: February 17, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\USA V. FEIL\ORD DENYING PREVIOUS SEALING RQSTS.wpd