UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER,<br>BRETT BASSIGNANI,<br><br>　　　　Defendant(s). | No. CR 09-0863 JSW (BZ)<br><br>**ORDER RE DEFENDANT SCOTT FEIL'S ADMINISTRATIVE MOTION TO SEAL** |

　　Defendant Scott Feil filed an administrative motion to seal on February 8, 2011 in connection with his Motion for Judicial Review of Agent Personnel Files. (Docket No. 372). Defendant did not provide any authority in support of his motion and the Court is not aware of any such authority. If defendant has any authority in support of its position, it shall be filed no later than **Thursday, March 3, 2011**.

Dated: February 28, 2011

　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\USA V. FEIL\ORDER RE AUTHORITY TO SEAL.FINAL VERSION.wpd

1