PAUL L. GABBERT, SBN 74430
2115 Main Street
Santa Monica, CA 90405
310/399-3259 (telephone)
310/392-9029 (facsimile)
PLGabbert@aol.com

Attorney for Defendant
SCOTT FEIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 09-00863-JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER EXCUSING DEFENSE COUNSEL'S APPEARANCE AT THE MARCH 9, 2011 COURT HEARING AND AUTHORIZING GARRICK LEW TO STAND IN FOR DEFENSE COUNSEL ON BEHALF OF SCOTT FEIL AT THAT HEARING |
| v. | |
| SCOTT FEIL, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR, counsel for Mr. Feil, Paul L. Gabbert, is excused from appearing before this Court on March 9, 2011 at 1:30 p.m. for the hearing on Diana Feil's Motion for an Order to Show Cause Why the Government has Not Produced Discovery as Required by the Court's Rule 16 and 17 Orders and in which Mr. Feil has joined. *if Mr Feil consents,*

IT IS FURTHER ORDERED that Garrick Lew may stand in for defense counsel at the hearing on Diana Feil's motion, and represent Mr. Feil for that purpose on that occasion.

IT IS SO ORDERED.

Dated: March 8, 2011

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

- 1 -