UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff(s),<br><br> v.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER,<br>BRETT BASSIGNANI,<br><br>   Defendant(s). | No. CR 09-0863 JSW (BZ)<br><br>**ORDER RE FILING OF**<br>**DISCOVERY MOTIONS** |

  **IT IS HEREBY ORDERED** that henceforth, no party shall file a discovery motion without first obtaining leave to do so from Judge White. The parties shall follow Judge White's Standing Order re "Discovery and Discovery Motions."

Dated: March 9, 2011

           /s/ Bernard Zimmerman
           Bernard Zimmerman
           United States Magistrate Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notesFCBCEE\ORDER RE FILING OF DISCOVERY MOTIONS.wpd

1