PAUL L. GABBERT, SBN 74430
2115 Main Street
Santa Monica, CA 90405
310/399-3259 (telephone)
310/392-9029 (facsimile)
PLGabbert@aol.com

Attorney for Defendant
SCOTT FEIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>SCOTT ERIC FEIL, DIANA EVANGELINE FEIL,<br>MARK LEONARD GARCIA<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER, and<br>BRETT BASSIGNANI,<br><br>     Defendants. | CASE NO. CR 09-00863-JSW (BZ)<br>**ORDER GRANTING IN PART**<br>~~[PROPOSED] ORDER FILING THE DECLARATION OF PAUL L. GABBERT IN SUPPORT OF THE DEFENDANTS' JOINT REPLY TO THE GOVERNMENT'S OPPOSITION TO THEIR JOINT MOTION FOR DISCLOSURE OF INFORMANTS AND EXHIBIT 2 THERETO UNDER SEAL~~<br><br>Exhibit 2 to the Declaration of Paul Gabbert in Support of the Defendants' Joint Reply to the Government's opposition to the Defendants Joint Motion for Disclosure of Informants shall be filed under seal. |

GOOD CAUSE APPEARING THEREFOR,

~~IT IS HEREBY ORDERED, that the Declaration of Paul L. Gabbert in support of the Defendants' Joint Reply to the Government's Opposition to their Joint Motion for Disclosure of Informants and Exhibit 2 thereto are filed UNDER SEAL.~~

Dated: April 5, 2011   _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The Court DENIES the request to seal Mr. Gabbert's declaration in its entirety. Paragraphs 1 and 2 of the Declaration do not contain material that would be considered "sealable." It is not evident to the Court that the information set forth in paragraph 3 is sealable. Accordingly, Defendant shall submit a revised motion to seal directed to that paragraph by no later than April 11, 2011. The Government shall submit a response setting forth its views as to whether all or part of that paragraph should be sealed by no later than April 13, 2011. **In the interim, the declaration shall be lodged with the Clerk. If the motion to seal paragraph 3 is granted, the Court shall direct Defendant to efile a redacted version of the Declaration.**